1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED

Apr 11 2024

Clerk, U.S. District Court
Western District of Texas

By: *mvm*
Deputy

| | |
|---|---|
| **USA** § § CRIMINAL COMPLAINT | |
| vs. § CASE NUMBER: **EP:24-M -01525(1) RFC** | |
| § § | |
| **(1) DANNI RAFAEL GALO-FLORES** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 10, 2024** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title   **8**   United States Code, Section(s)   **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: " The DEFENDANT, Danni Rafael GALO-Flores, an alien to the United States and a citizen of Honduras was found near the 10000 block of Southside Road in El Paso, located in the Western District of Texas.  From statements made by the DEFENDANT "

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ DOZAL, AARON
Signature of Complainant
Border Patrol Agent

April 11, 2024
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 1:00  P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

**WESTERN DISTRICT OF TEXAS**

**(1) DANNI RAFAEL GALO-FLORES**

*FACTS (CONTINUED)*

**to the arresting agent, the DEFENDANT was determined to be a native and citizen of Honduras, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Honduras on September 21, 2023 through Alexandria, Louisiana. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT was removed to Honduras on September 21, 2023, through Alexandria, LA**

CRIMINAL HISTORY:

**12/06/2015, Southampton, VA, DWI(M), CNV, 30 days in jail.**
**08/14/2023, Raleigh, NC, DWI(M), CNV, 60 days in jail.**